# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NO. EP-21-CR-00835-FM |
| ANDRES RIVERA, | § § § | |
| Defendants. | § § § | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

The Indictment (ECF No. 13), returned on May 19, 2021, gave notice that the United States seeks the criminal forfeiture of properties pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c) from the Defendant listed below. Specifically, this Bill of Particulars seeks the criminal forfeiture of property which are included herein.

The United States hereby gives notice that it seeks the criminal forfeiture of certain properties from the below named Defendant, for the violations of Title 18 U.S.C. §§ 554, 922(g)(5)(B) and 924(a)(2), as follows:

### I.
### Smuggling Goods from the United States Violation and Forfeiture Statutes
**[Title 18 U.S.C. § 554, subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violation set forth in Count One, the United States gives notice to Defendant **ANDRES RIVERA** of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2, Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which state:

> **Title 18 U.S.C. § 981. Civil Forfeiture**
> (a)(1) The following property is subject to forfeiture to the United States:
> * * *
> (C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation . . . of this title or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

Title 18 U.S.C. § 554 Smuggling Goods from the United States is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

> **Title 19 U.S.C. § 1595a. Forfeiture and other penalties**
> * * *
> **(d) Merchandise exported contrary to law**
> Merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be seized and forfeited to the United States.

## II.
## Firearm Violation and Forfeiture Statutes
**[Title 18 U.S.C. §§ 922(g)(5)(B) and 924(a)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Count Two, the United States gives notice to the Defendant **ANDRES RIVERA** of its intent to seek the forfeiture of the properties described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 states, in pertinent part, the following:

**Title 18 U.S.C. § 924.**
   **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of . . . section 922 . . . or knowing violation of section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter . . .

This Notice of Demand for Forfeiture includes but is not limited to the property described below in Paragraph III.

## III.
## Properties

1. **Approximately 2000 rounds of Federal Lake City 50 caliber BMG Full Metal Jacket (FMJ); and**
2. **Any and all other property and/or accessories involved in or used in the commission of the criminal offense,**

       Respectfully submitted,

       ASHLEY C. HOFF
       UNITED STATES ATTORNEY


By: /s/
       Kristal M. Wade
       Assistant United States Attorney
       New Mexico Bar No. 8204
       700 E. San Antonio Ave., Suite 200
       El Paso, Texas 79901
       Tel: (915) 534-6884
       Fax: (915) 534-3465
       Email: Kristal.wade@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on July 16, 2021, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notice to the following CM/ECF participant:

Randolph Joseph Ortega
Ellis & Ortega
609 Myrtle Suite 100
El Paso, TX 79901
USA
Email: bertha@ellisandortega.com

/s/
Kristal M. Wade
Assistant United States Attorney