RECEIVED
August 20, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Eileen Padilla_____
DEPUTY

FILED
AUG 23 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | CRIMINAL NO. EP-21-CR-00835-FM |
| ANDRES RIVERA, § | |
| Defendant. § | |

## WAIVER

ANDRES RIVERA, Defendant herein, having been advised of the nature of the charges against him/her, and of his/her rights, hereby waives in open Court prosecution by Indictment and consents that the proceedings may be by Information and hereby acknowledges that he/she has been given a copy of said Information before being called upon to plead.

_Andres Rivera_   _8/23/21_
ANDRES RIVERA           Date
Defendant


_[signature]_
RANDOLPH ORTEGA
Attorney for Defendant
Esteban Contreras for Randolph Ortega